IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**BAUSCH HEALTH IRELAND LIMITED
and SALIX PHARMACEUTICALS, INC.**,

   Plaintiffs and Counter-defendants,

v.                                          CIVIL ACTION NO. 1:22cv20
                                                      (KLEEH)

**MYLAN PHARMACEUTICALS INC.**,

   Defendant and Counter-claimant.

### ORDER TO SEAL

   The Plaintiffs Bausch Health Ireland, LTD, and Salix Pharmaceuticals, Inc., by counsel, move the Court for leave to file their opening claim construction brief and attached exhibits under seal [ECF No. 148]. For the reasons stated therein, the Court finds good cause to **GRANT** the motion and **DIRECTS** the Plaintiffs to file under seal their opening claim construction brief and attached exhibits.

   It is so **ORDERED**.

   The Clerk is directed to transmit copies of this Order to counsel of record.

   DATED: January 13, 2023

                                          _____
                                          THOMAS S. KLEEH, CHIEF JUDGE
                                          NORTHERN DISTRICT OF WEST VIRGINIA